# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD JORDAN, **Plaintiff** | : No. 3:13cv1943 |
| | : |
| v. | : (Judge Munley) |
| | : |
| SCI HOUTZDALE MEDICAL DEPARTMENT, STATE COLELGE EYE DOCTOR, CENTRE EYE PHYSICIANS and DR. MARCOURTCH, **Defendants** | : (Magistrate Judge Schwab) |

## ORDER

**AND NOW**, to wit, this 27th day of February, we have before us for disposition Magistrate Judge Susan E. Schwab's report and recommendation, which proposes the dismissal of plaintiff's complaint for failure to prosecute. No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation.   It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 15) is **ADOPTED**;

2) The plaintiff's complaint (Doc. 3) is **DISMISSED**; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court

FILED
SCRANTON

FEB 27 2015

PER _____
DEPUTY CLERK